**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6804**

———————

KADIM ALI,

                                 Plaintiff - Appellant,

    versus

RICHARD LANHAM, as an individual and in his
official capacity as The Commissioner of
Corrections, Address Unknown; LLOYD L. WATERS,
as an individual and in his official capacity
as Warden of Maryland Correctional Institu-
tion-Hagerstown; DIRECTOR OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES, as an individual,

                                 Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-98-1035-WMN)

———————

Submitted:  August 27, 1998     Decided:  September 18, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Kadim Ali, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his claim for damages and injunctive relief under 42 U.S.C. § 1983 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Ali v. Lanham, No. CA-98-1035-WMN (May 5, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED